■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINGO PEREZ, Appellant.— Judgment rendered on May 16, 1968 (*nunc pro tunc* as of April 29, 1969) convicting defendant on his plea of guilty of manslaughter in the second degree, unanimously modified on the law and on the facts by vacating the sentence and remanding for resentence and otherwise affirmed. While affirming the conviction as proper in all respects, we remand for resentence solely because the sentence imposed was to run concurrently with the assault term imposed under a judgment we have reversed simultaneously herewith. Concur — Stevens, P. J., Eager, Capozzoli, Nunez and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MANDELL INKELES.— Motion granted to the extent of amending the remittitur to recite the following: "Upon the appeal herein there were presented, and necessarily passed upon, the following questions under the Constitution of the United States: whether the trial court adequately heard the issue as to the appellant's competency to stand trial within the meaning of the due process clause of the Fourteenth Amendment of the United States Constitution; and whether appellant's equal protection rights under the Fourteenth Amendment of the United States Constitution were violated by the trial court's failure to provide him with daily copies of the trial minutes." Concur — Stevens, P. J., Eager, McNally, Tilzer and Bastow, JJ.

■ In the Matter of DONALD E. WILKES, an Attorney.— Motion to vacate disbarment and for reinstatement denied. Concur — Stevens, P. J., Eager, McGivern, Markewich and Steuer, JJ.